**IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS**
**COUNTY DEPARTMENT, LAW DIVISION**

MARINA WEIS,

Plaintiff

vs.

DAVOL INC. and C. R. BARD, INC.,

Defendants

No.:2008 L 002957

08CV2240 NF
JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

**NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**

**TO:** Richard J. Rosenblum, Esq.
RUBIN, MACHADO & ROSENBLUM, LTD.
120 W. Madison Street, Suite 400
Chicago, IL 60602
(312) 327-1840

PLEASE TAKE NOTICE that this action has been removed to the United States District Court for the Northern District of Illinois ("District Court") by the filing of the attached Notice of Removal with the Clerk of the District Court on April 18, 2008. A copy of this notice is on file with the District Court. The Circuit Court of Cook County, Illinois may not proceed further unless or until this case is remanded.

EXHIBIT

B

Respectfully submitted,

Dated: April 18, 2008

SEGAL MCCAMBRIDGE SINGER & MAHONEY

BY: ______________________________

P. Mark Crane
Misty R. Martin
SEGAL MCCAMBRIDGE SINGER & MAHONEY, LTD
Sears Tower, Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
312.645.7800 (t)
312.645.7711 (f)

*ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.*

**PROOF OF SERVICE BY MAIL**

I, the undersigned, being first duly sworn on oath, depose and state that a copy(ies) of NOTICE OF REMOVAL TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISCTRIC OF ILLINOIS was served on the party(ies) as above-addressed, by enclosing a copy(ies) of the same in an envelope, sealed, postage prepaid and deposited in the U.S. Mail at Sears Tower, 233 S. Wacker Dr., Suite 5500, Chicago, IL 60606, to the following counsel of record this 18th day of April, 2008.

______________________________

Under penalties as provided by law pursuant to 735 ILCS 5/1-109, I certify that the statements set forth are true and correct.