UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

MARINA WEIS, )
)
Plaintiff, ) 08CV2240 NF
) JUDGE CONLON
vs. ) Case No.: MAGISTRATE JUDGE SCHENKIER
)
DAVOL INC. and C.R. BARD, INC., )
)
Defendants. )
)

**AFFIDAVIT OF MISTY R. MARTIN, ESQ.**

I, Misty R. Martin, under oath depose and state that if called to testify I shall testify to the facts stated herein based on my personal knowledge:

1. I am an attorney representing the Defendants, Davol Inc. and C.R. Bard, Inc. in the above captioned matter.

2. On April 17, 2008, I had a telephone conversation with Plaintiff's counsel, Richard Rosenblum. During that conversation, Plaintiff's counsel stipulated that he was seeking more than $75,000.00 in damages, exclusive of costs, for the alleged injuries sustained by the Plaintiff as a result of the events described her Complaint. Plaintiff's counsel further represented that Ms. Weis is a resident of Illinois.

Misty R. Martin

Subscribed and sworn to before
me this 18th day of ~~March~~ April, 2008.

Notary Public

OFFICIAL SEAL
TERI M GRECO
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:08/29/11

EXHIBIT
C