**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of

MARINA WEIS v. DAVOL INC. and C.R. BARD, INC.

Case Number:

FILED: APRIL 17, 2008
08CV 2240 NF
JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

DAVOL INC. and C.R. BARD, INC.

| | |
|---|---|
| NAME (Type or print)<br>Misty R. Martin | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Misty R. Martin | |
| FIRM<br>Segal McCambridge Singer & Mahoney | |
| STREET ADDRESS<br>233 South Wacker Drive, Suite 5500 | |
| CITY/STATE/ZIP<br>Chicago IL 60609 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6284999 | TELEPHONE NUMBER<br>312.645.7800 |

ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? YES ☐ NO ☑

ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? YES ☑ NO ☐

ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? YES ☐ NO ☑

IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? YES ☑ NO ☐

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐