**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

FILED: APRIL 17, 2008
08CV 2240 NF
JUDGE CONLON
MAGISTRATE JUDGE SCHENKIER

| | | |
|---|---|---|
| MARINA WEIS, | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No.: ______________ |
| DAVOL INC. and C.R. BARD, INC., | ) | |
| Defendants. | ) | |

**<u>DEFENDANTS' CORPORATE DISCLOSURE STATEMENT AND NOTIFICATION OF AFFILIATES</u>**

Defendants, C.R. Bard, Inc. and Davol Inc., pursuant to Fed. R. Civ. Proc. 7.1 and local rule 3.2, hereby state as follows:

(1) Davol Inc. is a wholly owned subsidiary of C.R. Bard, Inc.

(2) C.R. Bard, Inc. states that it has no parent corporation and that no publicly held corporation owns more than 10% of its stock.

Respectfully submitted,

Dated: April 18, 2008

SEGAL MCCAMBRIDGE SINGER & MAHONEY

BY: /s/Mark Crane______________

Mark Crane
SEGAL MCCAMBRIDGE SINGER & MAHONEY
Sears Tower – Suite 5500
233 S. Wacker Drive
Chicago, IL 60606
312.645.7800 (t)
312.645.7711 (f)

*ATTORNEYS FOR DEFENDANT DAVOL INC. AND DEFENDANT C.R. BARD, INC.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 18, 2008, a copy of the foregoing Corporate Disclosure Statement and Notification of Affiliates was electronically filed with the Court. This document is available for viewing and downloading from the Court's ECF system. This document was also sent to Plaintiff's counsel via first class mail.

BY: /s/ Misty R. Martin_______________
Misty R. Martin