MHN

**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

MARINA WEIS
vs.
DAVOL, INC. & C.R. BARD INC.

Case Number: 08-cv-02240

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
MARINA WEIS, Plaintiff

FILED
APR 2 9 2008 TC
4-29-2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| NAME (Type or print)<br>Richard J. Rosenblum | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Richard J. Rosenblum | |
| FIRM<br>RUBIN, MACHADO & ROSENBLUM, LTD. | |
| STREET ADDRESS<br>120 W. MADISON ST., SUITE 400 | |
| CITY/STATE/ZIP<br>CHICAGO, ILL. 60602 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06196970 | TELEPHONE NUMBER<br>(312) 327-1840 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☐ NO ☑ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☑ NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐ APPOINTED COUNSEL ☐ | |