# UNITED STATES DISTRICT COURT
**NORTHERN DISTRICT OF ILLINOIS**
**219 SOUTH DEARBORN STREET**
**CHICAGO, ILLINOIS 60604**

**MICHAEL W. DOBBINS**
**CLERK**

**OFFICE OF THE CLERK**
**(312) 435-5691**

June 11, 2008

Rhode Island District Court
Federal Bldg and United States Courthouse
One Exchange Terrace
Providence, RI 02903-1270

RE: Weis v. Davol, Inc. et al
Case No: 08cv2240
MDL 1842

Dear Clerk:

Enclosed is the certified record which is being transferred to your court pursuant to an order entered by the Judicial Panel on Multidistrict Litigation, through its Clerk on May 29, 2008.

- ■ was electronically transmitted to Rhode Island District Court.

Please acknowledge receipt on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

By: Kinielle Johnson

Enclosures

New Case No. ______________________________ Date ______________________