SCHENKIER, TERMED, TRANSFER

# United States District Court
# Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1 (Chicago)
# CIVIL DOCKET FOR CASE #: 1:08−cv−02240

Weis v. Davol, Inc. et al
Assigned to: Honorable Suzanne B. Conlon
Demand: $75,000
Case in other court: Circuit Court of Cook County, 2008L002957
Cause: 28:1446 Petition for Removal

Date Filed: 04/17/2008
Date Terminated: 06/11/2008
Jury Demand: Defendant
Nature of Suit: 350 P.I.: Motor Vehicle
Jurisdiction: Diversity

**Plaintiff**

**Marina Weis** represented by **Richard J. Rosenblum**
Rubin, Machado &Rosenblum, Ltd.
120 West Madison Street
Suite 400
Chicago, IL 60602
(312) 327−1840
Email: rrosenblum@rubin−machado.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Davol, Inc.** represented by **P. Mark Crane**
Segal, McCambridge, Singer &Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60609
(312) 645−7800
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misty Rose Martin**
Segal, McCambridge, Singer &Mahoney
233 South Wacker Drive
Suite 5500
Chicago, IL 60606
(312) 645−7800
Fax: (312) 645−7711
Email: mmartin@smsm.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**C.R. Bard Inc.** represented by **P. Mark Crane**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Misty Rose Martin**
(See above for address)

*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2008 | Ï 1 | NOTICE of Removal from Circuit Court of Cook County with complaint and summons (Exh. A), case number (2008L002957) filed by defendants Davol, Inc. Filing fee $ 350. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(kj, ) (Entered: 04/21/2008) |
| 04/17/2008 | Ï 2 | CIVIL Cover Sheet. (kj, ) (Entered: 04/21/2008) |
| 04/17/2008 | Ï 3 | ATTORNEY Appearance for Defendants Davol, Inc., C.R. Bard Inc. by Misty Rose Martin. (kj, ) (Entered: 04/21/2008) |
| 04/17/2008 | Ï 4 | ATTORNEY Appearance for Defendants Davol, Inc., C.R. Bard Inc. by P. Mark Crane. (kj, ) (Entered: 04/21/2008) |
| 04/17/2008 | Ï 5 | ANSWER and Affirmative Defenses of Defendants Davol, Inc. and C.R. Bard Inc. Jury Demand (kj, ) (Entered: 04/21/2008) |
| 04/17/2008 | Ï 6 | STATEMENT − Defendants' Corporate Disclosure Statement and Notification of Affiliates by Davol, Inc., C.R. Bard Inc. (kj, ) (Entered: 04/21/2008) |
| 04/21/2008 | Ï | MAILED Notice of Removal letter with an attorney appearance to counsel of record. (kj, ) (Entered: 04/21/2008) |
| 04/29/2008 | Ï 8 | ATTORNEY Appearance for Plaintiff Marina Weis by Richard J. Rosenblum. (ca, ) (Entered: 05/01/2008) |
| 05/07/2008 | Ï 9 | MINUTE entry before Judge Honorable Suzanne B. Conlon: Status hearing set for 6/16/2008 at 09:00 AM. At the status hearing, the parties are to report on the following: 1. Possibility of settlement in the case; 2. If no possibility of settlement exists, the nature and length of discovery necessary to get the case ready for trial. Plaintiff is directed to advise all other parties of the courts action herein and to forward a copy of the courts procedure guidelines to defendant(s). The standing order on case management procedures is available on the courts website at www.ilnd.uscourts.gov/JUDGE/CONLON/sbcpage.htm or can be picked up from the courtroom deputy in room 1744.Notices mailed by Judicial staff. (wyh, ) (Entered: 05/07/2008) |
| 06/10/2008 | Ï 10 | CONDITIONAL TRANSFER ORDER from MDL Panel transferring case to USDC District of Rhode Island. (kj, ) (Entered: 06/11/2008) |
| 06/11/2008 | Ï 11 | TRANSFERRED to the Rhode Island District Court the electronic record.(kj, ) (Entered: 06/11/2008) |